IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02032-RPM

AMY ARAGON,

    Plaintiff,

v.

ADAMS COUNTY CORONER'S OFFICE,
JAMES HIBBARD,

    Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon consideration of Plaintiff's Unopposed Motion for Leave to File Amended Complaint [7], it is

    ORDERED that the motion is granted and the Amended Complaint and Jury Demand attached thereto is accepted for filing.  The defendants' motion to dismiss or for summary judgment, filed November 23, 2009 [#5] is moot.

    DATED:   December 10th, 2009

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge