IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02032-RPM

AMY ARAGON,

    Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS,
ADAMS COUNTY CORONER'S OFFICE,
JAMES HIBBARD, in his official capacity,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    The Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [10] and Alternative Motion for Limited Discovery [11] are set for hearing on **January 21, 2010, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   January 13, 2010