**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: January 21, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-02032-RPM

AMY ARAGON,     David A. Lane
    Qusair Mohamedbhai
    Plaintiff,
v.

ADAMS COUNTY CORONER'S OFFICE,     Michelle C. Tyler
JAMES HIBBARD,     Heidi Miller

    Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**2:58 p.m.**     **Court in session.**

Court's preliminary remarks.

3:00 p.m.     Argument by Ms. Tyler.

**ORDERED:**     **Motion to Dismiss or, in the Alternative, Motion for Summary Judgment, filed December 24, 2009 [10], is denied.**

**ORDERED:**     **Alternative Motion for Limited Discovery, filed December 24, 2009 [11], is denied.**

Discussion regarding scheduling.

Court states counsel will be contacted to schedule a scheduling conference.

**3:04 p.m.**     **Court in recess.**

Hearing concluded. Total time: 6 min.