IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02032-RPM

AMY ARAGON,

    Plaintiff,

v.

ADAMS COUNTY CORONER'S OFFICE,
JAMES HIBBARD,

    Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the heading conducted on January 21, 2010, it is

ORDERED that a scheduling conference will be held on **April 15, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 8, 2010.**

The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

DATED:   January 25th, 2010

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge