IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02032-RPM-BNB

AMY ARAGON,

Plaintiff,

v.

ADAMS COUNTY CORONER'S OFFICE, and
JAMES HIBBARD,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **October 13, 2010**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 29, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge